EMSHEIMER v. CITY OF NEW ORLEANS. (Circuit Court of Appeals, Fifth Circuit. February 10, 1903.) No. 971. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. J. D. Rouse and William Grant, for appellant. Samuel L. Gilmore, City Atty., Frank B. Thomas, Asst. City Atty., and Branch K. Miller, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The decree of the circuit court is affirmed. Emsheimer v. City of New Orleans (C. C.) 116 Fed. 893; Id., 186 U. S. 33, 22 Sup. Ct. 770, 46 L. Ed. 1042.

PARDEE, Circuit Judge, dissents.

MILES et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 20, 1903.) No. 1,163. In Error to the Circuit Court of the United States for the Northern District of Georgia. R. T. Dorsey and Edwin H. Frazer, for plaintiffs in error. E. A. Angier, U. S. Atty., and George L. Bell, Asst. U. S. Atty. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court is affirmed.

NASHVILLE, C. & ST. L. RY. CO. v. HOLLY. (Circuit Court of Appeals, Fifth Circuit. January 13, 1903.) No. 1,168. In Error to the Circuit Court of the United States for the Northern District of Alabama. Oscar R. Hundley, for plaintiff in error. James H. Ballentine, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. After an examination of the record, and full consideration of the arguments at the bar and in briefs on file, we reach the conclusion that the judgment of the circuit court should be affirmed, and it is so ordered.